[No. 59411-7-I. Division One. March 3, 2008.]

ROBERT RADFORD ET AL., *Appellant*, v. THE SEATTLE SCHOOL BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-16657-4, Sharon S. Armstrong, J., entered October 24, 2006. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Becker, J., and Baker, J. Pro Tem.

[No. 59637-3-I. Division One. March 3, 2008.]

MARCIA R. MAGEE, *Appellant*, v. RITE AID, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-25454-6, Jeffrey M. Ramsdell, J., entered February 6, 2007. *Affirmed* by unpublished opinion per Baker, J. Pro Tem.; concurred in by Agid, J.; Agid and Dwyer, JJ., concurring separately. Now published at 144 Wn. App. 1.

[No. 59663-2-I. Division One. March 3, 2008.]

*In the Matter of Marriage of* LEATHA JO MOODY, *Appellant,* and BRIAN BENTON MOODY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-3-02410-2, Mary Yu, J., entered February 1, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker, J., and Baker, J. Pro Tem.

[No. 60234-9-I. Division One. March 3, 2008.]

RHYS HICKEY, *Appellant*, v. TINA HUANG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-11159-1, Nicole MacInnes, J., entered June 26, 2007. *Affirmed* by unpublished per curiam opinion.